UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-04959-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a detainee. In the initial review order on October 6, 2017, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: January 9, 2018

　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 17-cv-04959-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred J. Anderson
BDC714
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

Dated: January 9, 2018

Susan Y. Soong
Clerk, United States District Court

By_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2